

## Fourth Court of Appeals
### San Antonio, Texas

### MEMORANDUM OPINION

No. 04-22-00583-CV

**IN RE** Sondra **GROHMAN**

Original Proceeding[1]

PER CURIAM

Sitting:      Patricia O. Alvarez, Justice
              Liza A. Rodriguez, Justice
              Lori I. Valenzuela, Justice

Delivered and Filed: September 21, 2022

PETITION FOR WRIT OF MANDAMUS DENIED

On September 9, 2022, relator filed a petition for writ of mandamus and an emergency motion for stay pending final resolution of the petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). Relator's motion for emergency relief is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 15705, styled *In the Matter of The Marriage of Sondra Grohman and Larry Wegner*, pending in the 216th Judicial District Court, Gillespie County, Texas, the Honorable Albert D. Pattillo, III presiding.